FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -8  AM 7: 32

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE EX REL. ROY WALKER | CIVIL ACTION |
| VERSUS | NUMBER: 05-1519 |
| STATE OF LOUISIANA | SECTION: "A"(5) |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of Roy Walker is **DISMISSED** with prejudice.

New Orleans, Louisiana, this 4th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE